IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KITCHEN, | 1:10-cv-01567-SMS (PC) |
| Plaintiff, | ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |
| vs. | |
| W.A. DUNCAN, et al., | |
| Defendants. | (Doc. 5) |

   Plaintiff, a state prisoner proceeding pro se in this civil rights action, filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis was deficient in that it was incomplete and did not include plaintiff's required original signature.  Each document submitted for filing must include the original signature of the filing party or parties.  Local Rule 131; F.R.C.P. 11(a).

   Accordingly, IT IS HEREBY ORDERED that:

   Within thirty (30) days of the date of service of this order, plaintiff shall file another application to proceed in forma pauperis bearing plaintiff's original signature, or in the alternative, pay the $350.00 filing fee for this action.

///

///

-1-

1 **Failure to comply with this order will result in dismissal of this action**.

2

3 IT IS SO ORDERED.

4 **Dated:   September 10, 2010**                   /s/ Sandra M. Snyder
                                                       UNITED STATES MAGISTRATE JUDGE