# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KITCHEN, | CASE NO. 10-cv-01567-SKO PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR JUDICIAL NOTICE |
| v. | (Doc. 2) |
| W. A. DUNCAN, et al., | |
| Defendants. | |

Plaintiff Thomas Kitchen, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 31, 2010. In conjunction with his complaint, Plaintiff filed a motion seeking judicial notice of case numbers 3:01-cv-01351-THE Plata, et al. v. Schwarzenegger, et al. and 2:90-cv-00520-LKK-JFM Coleman, et al. v. Schwarzenegger, et al., both of which are class actions involving the prison medical care system. Plaintiff states that those cases involve identical legal claims and will be beneficial to the Court in resolving this case.

The Court may take judicial "notice of proceedings in other courts, both within and without the federal system, if those proceedings have a direct relation to matters at issue." Bias v. Moynihan, 508 F.3d 1212, 1225 (9th Cir. 2007) (internal quotation marks and citation omitted). However, "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

///

Plaintiff has not offered any specific adjudicative facts and there is currently no evidentiary proceeding before the Court in which the offering of adjudicative facts via a request for judicial notice is appropriate (e.g., a motion for summary judgment or trial).  Therefore, Plaintiff's motion for judicial notice is DENIED.

IT IS SO ORDERED.

**Dated:   April 25, 2011**                             /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE