# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KITCHEN, | CASE NO. 10-cv-01567-SKO PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS |
| v. | |
| W. A. DUNCAN, et al., | (Docs. 1 and 13) |
| Defendants. | ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

Plaintiff Thomas Kitchen, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 31, 2010. On August 25, 2011, the Court dismissed Plaintiff's complaint for failure to state any claims and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which

///
///
///

1

1  relief may be granted.  This dismissal is subject to the "three-strikes" provision set forth in 28
2  U.S.C. § 1915(g).  <u>Silva v. Vittorio</u>, No. 08-15620, 2011 WL 4436248, at *4 (9th Cir. Sept. 26,
3  2011).

5  IT IS SO ORDERED.

6  **Dated:**    October 14, 2011                 /s/ Sheila K. Oberto
                                                                      UNITED STATES MAGISTRATE JUDGE