# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KITCHEN,<br><br>                Plaintiff,<br><br>     v.<br><br>W. A. DUNCAN, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. 10-cv-01567-SKO PC<br><br>ORDER DISREGARDING NOTICE<br>OF VOLUNTARY DISMISSAL<br><br>(Doc. 16) |

On March 29, 2012, Plaintiff Thomas Kitchen, a state prisoner proceeding pro se, filed a notice of voluntary dismissal. This action was dismissed and judgment was entered on October 14, 2011.

Therefore, Plaintiff's notice of voluntary dismissal is HEREBY DISREGARDED.

IT IS SO ORDERED.

**Dated:   April 2, 2012**            /s/ Sheila K. Oberto
                                 UNITED STATES MAGISTRATE JUDGE

1